**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CITIZENS AGAINST dONALD TRUMP, INC., d/b/a CITIZENS AGAINST dONALD TRUMP FOR DEMOCRACY,<br><br>       Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States of America*,<br><br>       Defendant. | Case No. 4:26-CV-37 |

**PLAINTIFF'S COMPLAINT**

**FOR INJUNCTIVE RELIEF, DECLARATORY JUDGMENT AND WRIT OF MANDAMUS**

COMES NOW Plaintiff Citizens Against donald Trump, Inc. d/b/a Citizens Against donald Trump for Democracy (hereinafter "Plaintiff CAT"), by and through their attorneys, and for their Complaint against Defendant Donald J. Trump ("Defendant Trump"), in his official capacity as the President of the United States of America, and respectfully states to this Honorable Court the following:

1.      Plaintiff Citizens Against donald Trump, Inc. is a nonpartisan nonprofit corporation registered with the State of Missouri, where it resides and holds its principal place of business.

2.      Plaintiff Citizens Against donald Trump, Inc.'s members consist of nonpartisan citizens across the United States, including but not limited to, Constitutional legal scholars, Constitutional lawyers and nonlawyers.

3.      Plaintiff Citizens Against donald Trump, Inc. is formed to protect our United States Constitution and laws of our country from unconstitutional or illegal acts by Defendant Trump,

Defendant Trump's Cabinet members, the Departments under Defendant Trump and Defendant Trump's associate's implementing or executing governmental action.

4. Plaintiff CAT, which represents a wide range of citizens of the United States of America, challenge Defendant Trump's takeover or acquiring of Greenland, whether by agreement or by force.

5. The Tenth Amendment to the Constitution states in its entirety:

"The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people."

U.S. CONST. amend. X.

6. The takeover or acquiring of Greenland, whether by agreement or by force is not a power delegated to the United States by the Constitution, nor prohibited by it to the States, is reserved to the States respectively, and to the people.

7. Plaintiff CAT and those they represent believe that the government should work for the American people and be transparent, efficient, and effective.

8. Like all Americans, Plaintiff CAT, and those they represent. count on the federal government for a wide range of services and programs, from, including but not limited to, protecting our national and domestic security, to responding to national emergencies and crises, to ensuring our roads and transportation are safe, to caring for our veterans, to supporting life-saving healthcare research and programs, to supporting our nation's schools and universities, to lending to small businesses and entrepreneurs, to ensuring safe workplaces, to protecting our individual rights and enforcing our laws; These services depend on an efficient, effective, and transparent federal government.

9. The Defendant, Defendant Trump, in attempting to acquire Greenland, is violating International Law.

10. "Trump said Friday [October 9, 2026] he is going to do "something on Greenland, whether they like it or not.""[1]

11. "If it's not done "the easy way, we're going to do it the hard way," [Defendant Trump] said without elaborating what that could entail." *Id*.

12. "U.S. President Donald Trump wants to own Greenland." *Id*.

13. "[Defendant Trump] has repeatedly said the United States must take control of the strategically located and mineral-rich island, which is a semiautonomous region that's part of NATO ally Denmark." *Id*.

### Violation of International Law

14. Defendant Trump's attempting to own Greenland violates International Law; particularly, International Law, Book One, Chapter III, Section 7. Convention on Rights and Duties of States, Article 8 states, "<u>No State has the right to intervene in the internal or external affairs of another</u>." (*emphasis added*).

### Violation of the North Atlantic Treaty Organization (NATO)

15. The United States is a member of NATO.

16. If Defendant Trump ordered armed forces to take over Greenland, it would conflict with Article 5 of the Washington Treaty, which sets forth that an attack against one member is an attack against all.

17. The American people do not want Greenland, only Defendant Trump does.

18. The American people do not want a disruption in NATO, only Defendant Trump does.

---

[1] Emma Burrows and Ben Finley, *How the US could take over Greenland and the potential challenges*, AP World News (Updated 11:36 PM CST, Jan. 9, 2026),

19. Plaintiff CAT therefore respectfully seeks relief from this Honorable Court in the form of an Immediate Temporary Order enjoining Defendant Trump from continuing his attempt to acquire Greenland.

## JURISDICTION AND VENUE

20. The Court has jurisdiction pursuant to 28 U.S.C. § 1361 as this statute specifically sets forth the following:

> "The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

*See* 28 U.S.C. § 1361.

21. On October 5, 1962, Congress enacted 28 U.S.C. § 1361 giving the power to the people to stop government corruption and abuse; on this date, Public Law 87-748 was enacted and codified as follows:

> "AN ACT
> To amend chapter 85 of title 28· of the- ~United States Code relating to the jurisdiction of the United States district courts, and for other purposes.
>
> *Be it enacted by the Senate and House of Representatives of the United States of America in Congress Assembled*, That chapter 85 of title 28 of the United States Code is amended—
> (a) By adding at the end thereof the following new section:
> **"§ 1361. Action to compel an officer of the United States to perform his duty**
> "The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.""

*See* Pub. L. 87–748, § 1(a), Oct. 5, 1962, 76 Stat. 744.

22. Venue is proper in this District pursuant to 28 U.S.C. § 1391(e)(1)(C), which provides in pertinent part:

> "A civil action in which a defendant is an officer or employee of the United States or any agency thereof acting in his official capacity or under color of legal authority, or an agency of the United States, or the United States, may, except as otherwise

provided by law, be brought in any judicial district in which (A) a defendant in the action resides, (B) a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (C) *the plaintiff resides if no real property is involved in the action*." (*emphasis added*).

*See* 28 U.S.C. § 1391(e)(1)(C)[2].

23. Also on October 5, 1962, Congress amended the venue section of Title 28, 28 U.S.C. § 1391, in enacting Public Law 87-748 by adding the section Plaintiff relies on above, making venue appropriate where the plaintiff resides and if no real property is involved in the action:

> "AN ACT
> To amend chapter 85 of title 28· of the- ~United States Code relating to the jurisdiction of the United States district courts, and for other purposes.
>
> *Be it enacted by the Senate and House of Representatives of the United States of America in Congress Assembled*, That chapter 85 of title 28 of the United States Code is amended—
> ...
>   Sec. 2. Section 1391 of title 28 of the United States Code is amended by adding at the end thereof the following new subsection:
>   "(e) A civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his official capacity or under color of legal authority, or an agency of the United States, may, except as other\vise provided by law, be brought in any judicial district in which: (1) a defendant in the action resides, or (2) the cause of action arose, or (3) any real property involved in the action is situated, or (4) **the plaintiff resides if no real property is involved in the action**." (*emphasis added*).

---

[2] This venue statute is written in the disjunctive as to the requirements of the civil action and as to which judicial district the civil action may be brought: (1) "a defendant is an officer or employee of the United States or any agency thereof acting in his official capacity or under color of legal authority, or" (2) "a defendant is an agency of the United States, or the United States"; further stating in the disjunctive that such a civil action "may...be brought in any judicial district in which" (A) "a defendant in the action resides" (B) "a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated" or (C) "the plaintiff resides if no real property is involved in the action". (*emphasis added*).
In this civil action, a defendant is an officer or employee of the United States or any agency thereof acting in his official capacity or under color of legal authority [*Russell Vought*] and a defendant is an agency of the United States [*Office of Management and Budget*] and the plaintiff resides in this Eastern District of Missouri and no real property is involved in the action [*Plaintiff CAT resides in the State of Missouri, City of St. Louis, in the federal jurisdiction of the United States District Court of the Eastern District of Missouri and no real property is involved in this action*].

5

*See* Pub. L. 87–748, § 2, Oct. 5, 1962, 76 Stat. 744.

24. Congress' modifications made in Public Law 87-748 on October 5, 1962 could clearly be defined as the "accountability" modifications.

25. Although 62 years ago Congress could not have possibly predicted the unconstitutional and illegal actions of Defendant Trump, Congress' modifications made in Public Law 87-748 on October 5, 1962 were made for this situation of the acts of Defendant Trump more fully described herein.

26. Defendant Trump as President is an officer of the United States under the Constitution. *See N.L.R.B. v. Noel Canning*, 573 U.S. 513, 569, 134 S. Ct. 2550, 2578, 189 L. Ed. 2d 538 (2014).

## PARTIES

27. Plaintiff Citizens Against donald Trump, Inc. ("CAT") is a nonpartisan nonprofit corporation registered with the State of Missouri and resides in St. Louis, Missouri in this Eastern District of Missouri.

28. Plaintiff CAT is a tax-exempt corporation with a set Board of Directors and non-voting members.

29. Plaintiff CAT's corporate purpose is: To create a non-partisan membership of citizens of the United Stated States of America who believe in the United States Constitution, the Amendments to the United States Constitution, the ideals and intentions of the Framers of our United States Constitution and/or who fear the United States Constitution is threatened by President Trump; To enforce the ideals and intentions of the Framers of our United States Constitution, who realized that a bicameral legislature at the national level would foster a more representative central government given the shortcomings of the government created by the

Articles of Confederation; To enforce the ideals and intentions of the Framers of our United States Constitution who had hoped to create a system in which power is shared and in which there are checks and balances of power to prevent corruption or tyranny by designing a two-chamber United States Congress ("[Then] president-elect [Trump] has demanded Senate Republicans allow his picks to skirt the confirmation process should they face resistance in the Senate — an extraordinary blow to the country's system of checks and balances should his party members oblige him." *See* "A running list of all the people Trump has picked to serve in his administration", https://www.yahoo.com/news/running-list-people-trump-picked-225003460.html?fr=sycsrp_catchall, November 30, 2024); To enforce the goal of the Framers of our United States Constitution to design a form of government that would keep one person or group of people from having too much power, or unchecked power; To protect the citizens of the United Stated States of America from future Executive Orders by President Trump that violate the United States Constitution, any Amendments to the United States Constitution or Federal Law by pursuing litigation (including any appeals up to and including the Supreme Court of the United States) in any State, with respect to any such Executive Order; To protect the citizens of the United Stated States of America from future Actions by President Trump that violate the United States Constitution, any Amendments to the United States Constitution or Federal Law by pursuing litigation (including any appeals up to and including the Supreme Court of the United States) in any State, and are not subject to official immunity as defined by the Supreme Court of the United States in *Trump v. United States*, 603 U.S. 593, 144 S. Ct. 2312, 219 L. Ed. 2d 991 (2024) and in *Nixon v. Fitzgerald*, 457 U.S. 731, 102 S. Ct. 2690, 73 L. Ed. 2d 349 (1982); To protect the citizens of the United Stated States of America from President Trump committing Treason, Bribery, other high crimes, misdemeanors (offenses against the government, grave abuses of power, violations

Case: 4:26-cv-00037-AGF   Doc. #: 1   Filed: 01/11/26   Page: 8 of 12 PageID #: 8

of the public trust, or other political crimes, even if not indictable criminal offenses) or violating the United States Constitution, any Amendments to the United States Constitution or Federal Law during his presidency, who was certified as President-elect on January 6, 2025, and inaugurated on January 20, 2025, and the House of Representatives of the 119th United States Congress, holding a Republican majority with 220 seats while the Democrat party holds 214 seats, with California's 13th U.S. House District yet to finish counting votes and declare the winner of the November 5, 2024 election at the time of the filing of these Articles of Incorporation, fail to institute impeachment proceedings against President Trump by pursuing litigation (including any appeals up to and including the Supreme Court of the United States) in any State, as President Trump stated he would not be a dictator "except for Day 1" and publicly wrote: "Do you throw the Presidential Election Results of 2020 OUT and declare the RIGHTFUL WINNER, or do you have a NEW ELECTION? A Massive Fraud of this type and magnitude allows for the termination of all rules, regulations, and articles, even those found in the Constitution" in that the Framers did not anticipate a citizen (President Trump) stating he would be a dictator for a day or articles of the Constitution should be terminated and that citizen (President Trump) becoming President and the House of Representatives (controlled by the same party as President Trump) fail to impeach President Trump (Article One, Section 2, Clause 5 of the United States Constitution) and uphold their oath when taking office:

> "I do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter: So help me God";

and To protect the citizens of the United Stated States of America from future Actions by President Trump's Cabinet members and other appointees, including, but not limited to, the Vice President,

8

the Secretary of Agriculture, the Secretary of Commerce, the Secretary of Defense, the Secretary of Education, the Secretary of Energy, the Secretary of Health and Human Services, the Secretary of Homeland Security, the Secretary of Housing and Urban Development, the Secretary of Interior, the Secretary of Labor, the Secretary of State, the Secretary of Transportation, the Secretary of Treasury, the Secretary of Veterans Affairs, the Attorney General, the White House Chief of Staff, the U.S. Ambassador to the United Nations, the Director of National Intelligence, the Director of the Federal Bureau of Investigation, the U.S. Trade Representative, the Administrator of the Environmental Protection Agency, the Director of the Office of Management and Budget, the Chairperson of the Council of Economic Advisers, the Director of the Office of Science and Technology Policy, the Administrator of the Small Business Administration, the Administrator of the Centers for Medicare & Medicaid Services, and the Head of the newly created "Department of Government Efficiency", created by President Trump, that violate the United States Constitution, any Amendments to the United States Constitution or Federal Law by pursuing litigation (including any appeals up to and including the Supreme Court of the United States) in any State.

## LEGAL BACKGROUND

### I.   Mandamus - 28 U.S.C. § 1361

30.   "Mandamus may issue under § 1361 against an officer of the United States only in extraordinary situations and when the plaintiff can establish (1) "a clear and indisputable right to the relief sought," (2) the state officer "has a nondiscretionary duty to honor that right," and (3) there is "no other adequate remedy."" *Castillo v. Ridge,* 445 F.3d 1057, 1060–61 (8th Cir.2006). *Mitchael v. Colvin*, 809 F.3d 1050, 1054 (8th Cir. 2016).

9

## PRELIMINARY INJUCTION

31.     To stop these violations of Defendant Trump that are now ongoing because of the illegally operating of Defendant Trump, Plaintiff CAT respectfully seeks the following relief from this Honorable Court:

  (a)     an Order enjoining Defendant Trump from continuing his attempt to acquire Greenland;

  (b)     an Order compelling Defendant Trump to release all of Defendant Trump's records to the public as they relate to acquiring Greenland, except those records that shall be redacted and withheld by law; an order compelling Defendant Trump to cite the applicable law that applies to any record withheld; and

  (c)     an Order barring Defendant Trump from accepting or acting upon the advice and recommendations of the Secretary of State, made based on previous work performed.

## COUNT ONE

### Writ of Mandamus, 28 U.S.C. § 1361[3]
### Violation of International Law and NATO

32.     Plaintiff CAT repeats and incorporates by reference each and every foregoing allegation as if fully set forth herein.

33.     As alleged above in ¶ 14, *supra*, Defendant Trump has violated International Law.

---

[3] "The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." 28 U.S.C. § 1361 - *Action to compel an officer of the United States to perform his duty*

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff CAT prays that this Honorable Court:

1.	issue an Order enjoining Defendant Trump from continuing his attempt to acquire Greenland;

2.	issue an Order barring Defendant Trump from accepting or acting upon the advice and recommendations of the Secretary of State, made based on previous work performed;

3.	set aside all decisions or documents agreed to be signed regarding the acquisition of Greenland by the United States;

4.	order Defendant Trump to immediately release all transcripts, notes or materials from any previous telephone calls or in-person meetings regarding the acquisition of Greenland by the United States;

5.	enter an order determining that the acquisition of Greenland is not a power delegated to the United States by the Constitution, nor prohibited by it to the States, and according to the Tenth Amendment to the Constitution, is reserved to the States respectively, and to the people;

6.	award Plaintiff CAT's their costs, attorney's fees, and other disbursements for this action; and

7.	grant any other relief this Court deems appropriate.

Respectfully submitted,

SCHOTTEL & ASSOCIATES, P.C.

BY: s/*James W. Schottel, Jr.*
      James W. Schottel, Jr.   #51285MO
      906 Olive St., PH
      St. Louis, MO 63101
      (314) 421-0350
      (314) 421-4060 facsimile
      jwsj@schotteljustice.com

      Attorney for Plaintiff
      Citizens Against donald Trump, Inc.