**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| CITIZENS AGAINST dONALD TRUMP, )<br>INC., d/b/a CITIZENS AGAINST dONALD)<br>TRUMP FOR DEMOCRACY,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>DONALD J. TRUMP, *in his official*  )<br>*capacity as President of the United States of* )<br>*America*,  )<br>  )<br>  Defendant.  ) | Case No. 4:26-CV-37 AGF |

**PLAINTIFF'S MOTION FOR HEARING ON PRELIMINARY INJUNCTION
AGAINST DEFENDANT DONALD J. TRUMP**

COMES NOW Plaintiff Citizens Against donald Trump, Inc. d/b/a Citizens Against donald Trump for Democracy (hereinafter "Plaintiff"), by and through their attorneys, pursuant to Rule 65 of the Federal Rules of Civil Procedure, and for their Motion for Hearing on Preliminary Injunction Against Defendant Donald J. Trump ("Defendant Trump") and states to this Honorable Court as follows:

1.     On December 16, 2025, Plaintiff filed the instant Complaint in this case for injunctive relief, declaratory judgment relief and writ of mandamus relief pursuant to 28 U.S.C. § 1361.

2.     "Trump said Friday [January, 9, 2026] he is going to do "something on Greenland, whether they like it or not.""[1]

---

[1] Emma Burrows and Ben Finley, *How the US could take over Greenland and the potential challenges*, AP World News (Updated 11:36 PM CST, Jan. 9, 2026),

3.      "If it's not done "the easy way, we're going to do it the hard way," [Defendant Trump] said without elaborating what that could entail." *Id*.

4.      "U.S. President Donald Trump wants to own Greenland." *Id*.

5.      "[Defendant Trump] has repeatedly said the United States must take control of the strategically located and mineral-rich island, which is a semiautonomous region that's part of NATO ally Denmark." *Id*.

## Violation of International Law

6.      Defendant Trump's attempting to own Greenland violates International Law; particularly, International Law, Book One, Chapter III, Section 7. Convention on Rights and Duties of States, Article 8 states, "<u>No State has the right to intervene in the internal or external affairs of another</u>." (*emphasis added*).

## Violation of the 10th Amendment to the Constitution

7.      The Tenth Amendment to the Constitution states in its entirety:

"The powers not delegated to the United States by the Constitution, nor prohibited
by it to the States, are reserved to the States respectively, or to the people."

U.S. CONST. amend. X.

8.      The takeover or acquiring of Greenland, whether by agreement or by force is not a power delegated to the United States by the Constitution, nor prohibited by it to the States, is reserved to the States respectively, and to the people.

## Service on Defendant Trump

## pursuant to Rule 4(i)(1) of the Federal Rules of Civil Procedure

9.      Rule 4(i)(1) of the Federal Rules of Civil Procedure states as follows:

"*United States*. To serve the United States, a party must:

(A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or

(ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

(B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

(C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.."

Fed.R.Civ.P. 4(i)(1).

In accordance with Rule 4(i)(1)(A)(i), Plaintiff has delivered [served] a copy of the summons and of the complaint to the United States attorney for the district where the action is brought, Thomas C. Albus, United States Attorney for the Eastern District of Missouri. *See* Doc #3.

In accordance with Rule 4(i)(1)(B), Plaintiff has sent a copy of the summons and complaint by certified mail to Pam Bondi, the Attorney General of the United States at Washington, D.C. and U.S.P.S. tracking exhibits that the summons and complaint will be delivered by the end of the day on Saturday, January 24, 2026. *See* Plaintiff's Exhibit 1 *attached hereto*.

As service will be complete on Defendant Trump on January 24, 2026, Plaintiff respectfully requests a hearing on Plaintiff's request for preliminary injunction on Tuesday, January 27, 2026 or shortly thereafter as this Honorable Court's schedule permits. Plaintiff will need 1 business day's notice so that Plaintiff can give notice to the adverse party pursuant to Rule 65(a)(1) of the Federal Rules of Civil Procedure.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests this Honorable Court to grant their Motion for Hearing on Preliminary Injunction Against Defendant Donald J.

3

Trump and for such other and further relief as this Court deems just an proper under the circumstances.

Respectfully submitted,

SCHOTTEL & ASSOCIATES, P.C.

BY: s/*James W. Schottel, Jr.*
  James W. Schottel, Jr.   #51285MO
  906 Olive St., PH
  St. Louis, MO 63101
  (314) 421-0350
  (314) 421-4060 facsimile
  jwsj@schotteljustice.com

  Attorney for Plaintiff
  Citizens Against donald Trump, Inc.

4