# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| CITIZENS AGAINST DONALD TRUMP, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-00037-AGF |
| | ) | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, | ) ) ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's motion for a hearing on preliminary injunction is **DISMISSED without prejudice** to refiling after Plaintiff has first filed a motion for preliminary injunction and supporting memorandum with legal argument and citation to relevant authority, in full compliance with the Federal Rules of Civil Procedure and this Court's Local Rules.  ECF No. 6.  No hearing on any such motion will be scheduled before Defendant has entered an appearance in the case and been given an opportunity to respond.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 26th day of January, 2026.