# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CITIZENS AGAINST dONALD TRUMP, INC., d/b/a CITIZENS AGAINST dONALD TRUMP FOR DEMOCRACY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States of America*,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 4:26-CV-37 AGF<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF DISMISSAL

COMES NOW Plaintiff Citizens Against donald Trump, Inc. d/b/a Citizens Against donald Trump for Democracy (hereinafter "Plaintiff"), by and through their attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, files their Notice of Dismissal and submits their Memorandum in Support herewith:

1.　On January 11, 2026, Plaintiff filed their Complaint in this case. *See* Doc. #1.

2.　At the time of this filing, Defendant is not in default, has not filed an Answer or responsive pleading to Plaintiff's Complaint nor has Defendant filed a Motion for Summary Judgment.

3.　Defendant's Answer or responsive pleading to Plaintiff's Complaint is due to be filed no later than Monday, March 16, 2026.

4.　As such, Plaintiff files this instant Notice of Dismissal without prejudice.

5.　Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure states as follows: "the plaintiff may dismiss an action without a court order by filing: a notice of dismissal before the

opposing party serves either an answer or a motion for summary judgment." Fed.R.Civ.P. 41(a)(1)(A)(i).

WHEREFORE, for the foregoing reasons, Plaintiff requests that the clerk make an entry that this case is dismissed.

Respectfully submitted,

SCHOTTEL & ASSOCIATES, P.C.

BY: s/*James W. Schottel, Jr.*
James W. Schottel, Jr.   #51285MO
906 Olive St., PH
St. Louis, MO 63101
(314) 421-0350
(314) 421-4060 facsimile
jwsj@schotteljustice.com

Attorney for Plaintiff
Citizens Against donald Trump, Inc. d/b/a
Citizens Against donald Trump for
Democracy

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2026, the foregoing was sent by U.S. first-class mail to the following:

Thomas C. Albus
United States Attorney for the Eastern District of Missouri
111 S. 10th St. Floor 20
St. Louis, MO 63102

Pam Bondi
United States Attorney General
950 Pennsylvania Avenue NW
Washington DC 20530

s/*James W. Schottel, Jr.*

2